IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NANCY A. LADD,

        Plaintiff,                        Civil Action No.
                                             05-CV-0254

      v.                                    NAM/GJD

COMMISSIONER OF SOCIAL           STIPULATION OF
SECURITY,                                       REMAND

        Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties in the above-entitled action that the final decision of the Secretary is reversed and the case is remanded for rehearing, pursuant to the fourth sentence of 42 U.S.C. § 405(g). The clerk is directed to enter judgment in this case.

Dated:       11/2/05

                                            /s/ Gregory R. Gilbert
                                            Gregory R. Gilbert, Esq.
                                            Amdursky, Pelky, Fennell & Wallen, P.C.
                                            26 East Oneida Street
                                            Oswego, New York 13126
                                            Attorney for Plaintiff

Dated:  November 2, 2005             GLENN T. SUDDABY
                                            United States Attorney
                                            P.O. Box 7198
                                            100 S. Clinton Street
                                            Syracuse, New York 13261-7198

                                   By:    /S/ William H. Pease
                                            William H. Pease - 102338
                                            Assistant U.S. Attorney

SO ORDERED:
Dated:  Nov 3 05
                                                                   _____
Syracuse, New York                           HON. GUSTAVE J. DIBIANCO
                                               U.S. MAGISTRATE JUDGE